El Pueblo de Puerto Rico, Demandante y apelado, *v.* George Edmunson, Acusado y apelante.[*]

No. 3528.—Resuelto julio 16, 1929.

OPINIÓN DISIDENTE EMITIDA POR EL JUEZ ASOCIADO SR. WOLF.

Mi disentimiento se basa en la insuficiencia de la prueba para una convicción. Ora fué la prueba insuficiente, o, a mi manera de pensar, la corte debió haber tenido una duda razonable respecto a la culpabilidad del acusado o a su responsabilidad del pago de alimentos y hospedaje.

[*] Véase la opinión del Tribunal en la página 908.